### SHERMAN EDWARDS *v.* COMMISSIONER OF CORRECTION

The petitioner Sherman Edwards' petition for certification for appeal from the Appellate Court, 88 Conn. App. 169 (AC 24777), is denied.

*David J. Reich*, special public defender, in support of the petition.

*Jessica Probolus*, special deputy assistant state's attorney, in opposition.

Decided May 17, 2005

### JOHN SOBCZAK ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF MERIDEN ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 99 (AC 24861), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Marc L. Glenn*, in support of the petition.

*Alexandria L. Voccio*, in opposition.

Decided May 17, 2005